UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOSEPH C. MCILVAIN, JR.** **PLAINTIFF**

**V.** **NO. 3:21-cv-0091-MPM-RP**

**CITY OF OLIVE BRANCH, MISSISSIPPI** **DEFENDANT(S)**

## JUDGMENT

Pursuant to Rule 68(a) the plaintiff, Joseph C. McIlvain, Jr., having accepted an Offer of Judgment [23] from the defendant, City of Olive Branch, Mississippi, the Clerk hereby orders that Judgment is entered in the amount of thirty thousand dollars ($30,000) in the plaintiff's favor. This case is CLOSED.

This the 30th day of November, 2021.

David Crews, Clerk

  /s/ Jennifer L. Adams